■ In the Matter of BERT GOTTESMAN, Respondent, v ELLEN G. SCHIFF, Appellant. [658 NYS2d 44] —In a proceeding to terminate child support, the mother appeals, as limited by her brief, from stated portions of an order of the Family Court, Nassau County (Medowar, J.), dated March 1, 1996, which, after a hearing, *inter alia,* conditioned child support for the parties' eldest daughter upon that child's visitation with the father.

Ordered that the order is reversed insofar as appealed from, on the law, with costs, the petition is denied, and the proceeding is dismissed.

The Supreme Court improperly conditioned child support for the eldest daughter, Jennifer, upon her visitation with the father. The father's petition alleged that Jennifer was 14 years old at the time the petition was filed. Consequently, support could not be conditioned upon such visitation, as a matter of law (*see, Matter of Ryan v Schmidt,* 221 AD2d 449, 450). Bracken, J. P., Sullivan, Santucci and Altman, JJ., concur.

■ In the Matter of MICHAEL S. HALE, Petitioner. [658 NYS2d 968] —Proceeding pursuant to Judiciary Law § 509, by the petitioner, a defendant in a criminal action entitled *People v Michael Shane Hale,* pending trial for murder in the first degree under Kings County Indictment No. 8776/96, to direct the Kings County Jury Division of the New York State Office of Court Administration to disclose to the petitioner's counsel all juror qualification questionnaires and a record of the persons who are found not qualified or disqualified or who are exempted or excused, and the reasons therefor, for Kings County, from 1986 to the present, or, in the alternative, (1) to direct the Commissioner of Jurors of Kings County and the New York State Office of Court Administration to provide to the court juror qualification questionnaires and a record of the persons who are found not qualified or disqualified or who are exempted or excused, and the reasons therefor, for Kings County, for the years 1986 to present, and (2) to direct that the court seal such materials for appellate review.

Upon the papers filed in support of the proceeding and the papers filed in opposition and relation thereto it is

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements. No opinion. Mangano, P. J., O'Brien, Ritter and McGinity, JJ., concur.